# EXHIBIT A

US00D554689S

| (12) | United States Design Patent | (10) Patent No.: | US D554,689 S |
|---|---|---|---|
| | Jannard et al. | (45) Date of Patent: ** | Nov. 6, 2007 |

(54) **EYEGLASS FRAME**

(75) Inventors: **James H. Jannard**, Spieden Island, WA (US); **Hans Karsten Moritz**, Foothill Ranch, CA (US); **Colin Baden**, Irvine, CA (US)

(73) Assignee: **Oakley, Inc.**, Foothill Ranch, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/272,776**

(22) Filed: **Feb. 15, 2007**

**Related U.S. Application Data**

(62) Division of application No. 29/227,719, filed on Apr. 13, 2005.

(51) **LOC (8) Cl.** .................................................. **16-06**
(52) **U.S. Cl.** ................................................... **D16/326**
(58) **Field of Classification Search** ....... D16/300–330, D16/101, 332–338; D29/109–110; D24/110.2; 351/41, 44, 51–52, 62, 158, 92, 103–111, 351/156, 61, 114–119, 121–123; 2/426–432, 2/447–449, 441, 436, 434–437
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| D192,885 S | * | 5/1962 | Petitto ........................ D16/329 |
| D193,028 S | | 6/1962 | Petitto |
| D199,150 S | | 9/1964 | Carmichael |
| D202,658 S | | 10/1965 | Petitto |
| D209,862 S | | 1/1968 | McCracken |
| D210,418 S | * | 3/1968 | Bloch ........................ D16/326 |
| D218,569 S | * | 9/1970 | McCracken ................ D16/325 |
| D264,094 S | * | 4/1982 | Morris ....................... D16/325 |
| D268,683 S | | 4/1983 | Tenny |
| D285,020 S | | 8/1986 | Schmidthaler |
| D372,726 S | | 8/1996 | Simioni |
| D390,589 S | | 2/1998 | Simioni |
| D397,351 S | | 8/1998 | Simioni |
| D399,238 S | * | 10/1998 | Simioni ...................... D16/326 |
| D407,099 S | | 3/1999 | Wang |
| D414,796 S | | 10/1999 | Arnette |
| D420,035 S | * | 2/2000 | Hartman .................... D16/325 |
| D449,641 S | * | 10/2001 | Arnette ...................... D16/326 |
| D488,499 S | * | 4/2004 | Mage ........................ D16/326 |
| D500,781 S | * | 1/2005 | Mage ........................ D16/326 |
| D518,847 S | * | 4/2006 | Teng ......................... D16/326 |
| D532,033 S | * | 11/2006 | Mangum .................... D16/326 |
| D534,572 S | * | 1/2007 | Teng ......................... D16/326 |
| D534,573 S | * | 1/2007 | Mage ........................ D16/326 |
| D536,028 S | * | 1/2007 | Paulson ..................... D16/326 |
| D537,467 S | * | 2/2007 | Teng ......................... D16/326 |

OTHER PUBLICATIONS

Sunglass Hut, p. 5, 2002.*
U.S. Appl. No. 29/227,719, filed Apr. 13, 2005, Jannard, Pending application.

* cited by examiner

*Primary Examiner*—Raphael Barkai
(74) *Attorney, Agent, or Firm*—Gregory K. Nelson

(57) **CLAIM**

The ornamental design for an eyeglass frame, as shown and described.

**DESCRIPTION**

FIG. 1 is a front perspective view of the eyeglass frame of the present invention;

FIG. 2 is a left-side elevational view thereof, the right-side elevational view being a mirror image thereof;

FIG. 3 is a front elevational view thereof;

FIG. 4 is a rear elevational view thereof;

FIG. 5 is a top elevational view thereof; and,

FIG. 6 is a bottom plan view thereof.

Phantom lining, where utilized, is for illustrative purposes only and is not intended to limit the claimed design to the features shown in phantom.

**1 Claim, 4 Drawing Sheets**



**U.S. Patent**  Nov. 6, 2007  Sheet 1 of 4  US D554,689 S



**FIG. 1**

Exhibit A Page 2 of 5



*FIG. 2*



*FIG. 3*



*FIG. 4*



**FIG. 5**

U.S. Patent          Nov. 6, 2007          Sheet 4 of 4          US D554,689 S



**FIG. 6**